**Order entered September 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00423-CV

### LINDA DICKENS AND DICKENS LAW, LLC, Appellants

### V.

### JASON C. WEBSTER, P.C. D/B/A THE WEBSTER LAW FIRM AND JASON WEBSTER, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02907**

## ORDER

Before the Court is appellants' September 6, 2017 motion for extension of time to request reporter's record and to file brief. We note that, by order dated August 7, 2017, we submitted the appeal without the reporter's record and directed appellants to file their brief within thirty days. *See* TEX. R. APP. P. 37.3(c). To the extent appellants' motion requests we vacate the August 7th order, we **GRANT** the motion and **VACATE** the order. We also **GRANT** appellants' motion to the extent we **ORDER** appellants to file, **no later than October 2, 2017**, written verification they have requested and paid or made arrangements to pay for the reporter's record. We caution appellants that failure to comply may result in the appeal being submitted without the reporter's record. *See id.* The deadline for filing appellants' brief will be set once the reporter's record is

filed or when the appeal is ordered submitted without the record if the requested verification is not received.

Based on appellants' recitations in their motion, we **ORDER** Dallas County District Clerk Felicia Pitre to file, **no later than September 29, 2017,** a supplemental clerk's record containing a copy of the (1) the trial court's docket sheet; (2) the trial court's June 7, 2017 amended order of dismissal; (3) the trial court's July 19, 2017 order; (4) plaintiff's motion to strike defendant's first amended counterclaim and third-party claim; and, (5) defendants' motion for clarification.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.


/s/    CRAIG STODDART
       JUSTICE